UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TEXAS INSTRUMENTS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED REAL ESTATE INVESTMENTS, INC. d/b/a PREFERRED UNLIMITED INC., PREI ATTLEBORO ASSOCIATES, L.P., PREI ATTLEBORO, INC., PREI ATTLEBORO ASSOCIATES II, L.P., PREI ATTLEBORO II, INC., PREI ATTLEBORO ASSOCIATES III, L.P., PREI ATTLEBORO ASSOCIATES III, INC.,<br><br>Defendants<br><br>-and-<br><br>PREFERRED REAL ESTATE INVESTMENTS, INC., PREI ATTLEBORO ASSOCIATES, L.P., PREI ATTLEBORO, INC., PREI ATTLEBORO ASSOCIATES II, L.P., PREI ATTLEBORO II, INC., PREI ATTLEBORO ASSOCIATES III, L.P., PREI ATTLEBORO ASSOCIATES III, INC.,<br><br>Plaintiffs-in-Counterclaim,<br><br>v.<br><br>TEXAS INSTRUMENTS INCORPORATED<br><br>Defendant-in-Counterclaim. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 09-CV-10366-NG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the

United States District Court for the District of Massachusetts, the defendants, PREFERRED

REAL ESTATE INVESTMENTS, INC., PREI ATTLEBORO ASSOCIATES, L.P., PREI ATTLEBORO, INC., PREI ATTLEBORO ASSOCIATES II, L.P., PREI ATTLEBORO II, INC., PREI ATTLEBORO ASSOCIATES III, L.P. and PREI ATTLEBORO ASSOCIATES III, INC. (collectively referred to as the "Preferred Entities"), hereby submit the following corporate disclosure statement: No parent corporation and no publicly held corporation owns 10% or more of any of the Preferred Entities.

Dated: May 4, 2009

PREFERRED REAL ESTATE INVESTMENTS, INC., et al.,

By their attorneys,

/s/ Darlene D. Moreau
Daniel B. Winslow (B.B.O. No.: 541972)
Darlene D. Moreau (B.B.O. No.: 648455)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 857.488.4200
dbwinslow@duanemorris.com and
ddmoreau@duanemorris.com

*OF COUNSEL:*
Matthew A. Taylor
Anthony L. Gallia
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1000

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 4, 2009.

                                                   /s/ Darlene D. Moreau
                                                   Darlene D. Moreau (B.B.O. No.: 648455)

DM1\1728775.1