UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEXAS INSTRUMENTS INCORPORATED,<br>Plaintiff/Defendant-in-Counterclaim,<br><br>v.<br><br>PREFERRED REAL ESTATE<br>INVESTMENTS, INC. d/b/a PREFERRED<br>UNLIMITED INC., PREI ATTLEBORO<br>ASSOCIATES, L.P., PREI ATTLEBORO, INC.,<br>PREI ATTLEBORO ASSOCIATES II, L.P.,<br>PREI ATTLEBORO II, INC., PREI ATTLEBORO<br>ASSOCIATES III, L.P., PREI ATTLEBORO III,<br>INC.,<br>Defendants/Plaintiffs-in-Counterclaim. | C.A. No. 1:09CV10366NG |

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties hereby jointly move to modify the Scheduling Order in the above-captioned matter by extending all deadlines by 60 days:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26 Disclosures | December 23, 2009 | February 22, 2010 |
| Exchange of Written Discovery | December 31, 2009 | March 1, 2010 |
| Joinder of Parties | February 16, 2010 | April 16, 2010 |
| Completion of Fact Witness Depositions | June 14, 2010 | August 13, 2010 |
| Service of Discovery Motions | June 30, 2010 | August 30, 2010 |
| Initial Expert Disclosures | July 15, 2010 | September 13, 2010 |
| Rebuttal Expert Disclosures | September 15, 2010 | November 15, 2010 |
| Completion of Expert Witness Depositions | December 15, 2010 | February 14, 2011 |
| Deadline for filing dispositive motions | January 14, 2011 | March 15, 2011 |
| Deadline for filing oppositions to dispositive motions | February 14, 2011 | April 15, 2011 |

In support of this motion, the parties state as follows:

1. Plaintiff Texas Instruments Incorporated (hereinafter "Texas Instruments") filed an action for declaratory judgment on March 11, 2009.

2. Defendants Preferred Real Estate Investments, Inc., PREI Attleboro Associates, L.P., PREI Attleboro, Inc., PREI Attleboro Associates II, L.P., PREI Attleboro II, Inc., PREI Attleboro Associates III, L.P., and PREI Attleboro Associates III, Inc. (collectively the "PREI Entities") filed their answer and counterclaims on April 30, 2009.

3. Plaintiff/Defendant-in-counterclaims Texas Instruments answered the PREI Entities' counterclaims on June 18, 2009.

4. On July 9, 2009 a scheduling conference was held before Magistrate Judge Bowler.

5. The parties have been engaged in complex settlement negotiations and are now operating pursuant to a settlement in principal.

6. Allowance of this motion will permit the parties to negotiate and finalize the necessary settlement papers.

7. No party will be prejudiced by the allowance of this motion.

8. This Motion is made on a joint basis, and will not unduly delay the progress of this litigation.

**WHEREFORE**, the parties respectfully request that the Court modify the existing Scheduling Order as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Rule 26 Disclosures | December 23, 2009 | February 22, 2010 |
| Exchange of Written Discovery | December 31, 2009 | March 1, 2010 |
| Joinder of Parties | February 16, 2010 | April 16, 2010 |
| Completion of Fact Witness Depositions | June 14, 2010 | August 13, 2010 |
| Service of Discovery Motions | June 30, 2010 | August 30, 2010 |
| Initial Expert Disclosures | July 15, 2010 | September 13, 2010 |
| Rebuttal Expert Disclosures | September 15, 2010 | November 15, 2010 |
| Completion of Expert Witness Depositions | December 15, 2010 | February 14, 2011 |
| Deadline for filing dispositive motions | January 14, 2011 | March 15, 2011 |
| Deadline for filing oppositions to dispositive motions | February 14, 2011 | April 15, 2011 |

Respectfully submitted,
TEXAS INSTRUMENTS
INCORPORATED,
By its attorneys,

/s/ Mark O. Denehy
Mark O. Denehy, BBO No. 120380
Erica Mecler Caron, BBO No. 664709
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street
Boston, MA 02110-2890
T: 617.482.0600
F: 617.482.0604
E: mdenehy@apslaw.com
E: emecler@apslaw.com

Dated: December 22, 2009

PREFERRED REAL ESTATE
INVESTMENTS, INC., et al.,
By its attorneys,

/s/ Daniel B. Winslow
Daniel D. Winslow, BBO No. 541972
Darlene D. Moreau, BBO No. 648455
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
T: 857-488-4200
E: dbwinslow@duanemorris.com
E: ddmoreau@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2009, a copy of the foregoing Joint Motion to Modify the Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Erica Mecler Caron

519408_1